The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR19-011RAJ |
| Plaintiff, | STIPULATED ORDER FOR RESTITUTION |
| v. | |
| JENIFER LORRAINE HARDEN, | |
| Defendant. | |

On August 29, 2019, Defendant JENIFER LORRAINE HARDEN signed a Plea Agreement in which she agreed to pay restitution in the amount of $384,000 to KeyBank. Dkt. No. 22 at ¶ 6. On September 20, 2019, the Defendant entered into an agreement to participate in the District's Drug Reentry Alternative Model ("DREAM") program. The agreement requires that the Defendant comply with all terms of the previously signed plea agreement, including the obligation to pay restitution.

IT IS HEREBY ORDERED that beginning immediately Defendant shall make restitution payments to the aforementioned victim as directed by the U.S. Probation Office during Defendant's participation in the DREAM program. The remaining balance of the restitution obligation shall be due upon Defendant's successful completion or termination from the DREAM program. Interest on the restitution obligation is waived. All payments shall be made to the United States District Court for the Western District of

STIPULATED ORDER FOR RESTITUTION
UNITED STATES v. HARDEN (CR19-011RAJ) -1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Washington, with the Clerk forwarding money received to KeyBank at an address to be provided by the United States Attorney's Office.

DATED this 20th day of September 2019.

*The Honorable Richard A. Jones*
United States District Judge
Western District of Washington
DREAM Judicial Officer

Presented by:

*/s/ James D. Oesterle*
JAMES D. OESTERLE
Assistant United States Attorney

Agreed as to form:

*/s/ Corey Endo*
COREY ENDO
Counsel for Defendant

STIPULATED ORDER FOR RESTITUTION
UNITED STATES v. HARDEN (CR19-011RAJ) -2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970